UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br>          Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br>          Defendant. | CIVIL ACTION NO. 6:21-cv-00662-ADA |

## CASE READINESS STATUS REPORT

Plaintiff DATACLOUD TECHNOLOGIES, LLC (hereinafter, "DataCloud" or "Plaintiff") and Defendant CHARTER COMMUNICATIONS, INC. (hereinafter, "Charter" or "Defendant") (collectively, "the Parties"), hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on June 24, 2021.  Charter initially waived service of process resulting in an initial response date of September 9, 2021 (*see* Dkt. No. 7) and subsequently requested and received an extension of 14 days (*see* Dkt. No. 9; granted September 1, 2021). DataCloud filed a First Amended Complaint ("FAC") on October 7, 2021.

## RESPONSE TO THE COMPLAINT

Defendant filed a Motion to Dismiss in response to the Complaint. *See* Dkt. No. 10.  No counterclaims have been filed to date.  Charter's response to the First Amended Complaint is currently due on October 24, 2021.

## PENDING MOTIONS

Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3) and 12(b)(6) (Dkt. No. 10) is pending.  DataCloud responded to Defendant's motion on October 7, 2021.  Assuming a

similar motion is refiled in response to the FAC, Plaintiff contends that it gives rise to the need for venue and jurisdictional discovery regarding the venue and jurisdiction issues raised therein. *See* June 8, 2021 Amended Standing Order Regarding Venue and Jurisdictional Discovery Limits For Patent Cases, at 1. Charter does not oppose reasonable venue discovery within the limits set forth in the Court's June 8, 2021 Amended Standing Order Regarding Venue and Jurisdictional Discovery Limits For Patent Cases to the extent that it pertains to factual issues raised in any forthcoming venue motion filed by Charter. Defendants reserve the right to object to any specific discovery requests propounded by DataCloud to the extent that they are unreasonable or otherwise objectionable under the Federal Rules of Civil Procedure, the local rules, and applicable case law.

## RELATED CASES IN THIS JUDICIAL DISTRICT

None.

## IPR, CBM, AND OTHER PGR FILINGS

IPR2021-00361 was filed on December 22, 2020. The PTAB granted institution on July 20, 2021. A final written decision is expected on or before July 20, 2022.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

In both the Original Complaint and FAC, Plaintiff asserted seven (7) patents and identified at least 7 claims that are infringed by the Accused Products. The asserted patents are U.S. Patent Nos. 6,560,613, 6,651,063, 6,824,064, 6,824,064, 8,370,457, 8,607,139, and 8,762,498. Plaintiff anticipates asserting no more than a total of 50 claims from among the seven (7) patents at issue in this litigation.

## APPOINTMENT OF TECHNICAL ADVISER

The Parties do not request a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues.

**CASE READINESS STATUS REPORT**

## <u>MEET AND CONFER STATUS</u>

Plaintiff and Defendant met and conferred on October 7, 2021.  The parties have no pre-Markman issues to raise at the CMC.

**CASE READINESS STATUS REPORT**

Dated: <u>October 11, 2021</u>                Respectfully submitted,


                                    */s/ James F. McDonough, III*
                                    **HENINGER GARRISON DAVIS, LLC**
                                    James F. McDonough, III *
                                    Jonathan R. Miller *
                                    Travis E. Lynch *
                                    3621Vinings Slope, Suite 4320
                                    Atlanta, Georgia 30339
                                    Telephone: (404) 996-0869, -0863, -0867
                                    Facsimile: (205) 547-5502, -5506, -5515
                                    Email: jmcdonough@hgdlawfirm.com
                                    Email: jmiller@hgdlawfirm.com
                                    Email: tlynch@hgdlawfirm.com

                                    **ROZIER & HARDT, PLLC**
                                    Jonathan Hardt (TX 24039906)*
                                    1105 Nueces Street, Suite A
                                    Austin, Texas 78701
                                    Telephone: (210) 289-7541
                                    Email: hardt@rh-trial.com

                *Attorneys for Plaintiff DATACLOUD TECHNOLOGIES, LLC*


* admitted to W.D. Tex.

---

**CASE READINESS STATUS REPORT**

Dated: <u>October 11, 2021</u>                    Respectfully submitted,


                                         <u>/s/ Michael Nguyen #</u>
                                         **THE DACUS FIRM, P.C.**
                                         Deron R. Dacus (TX 00790553) *
                                         821 ESE Loop 323, Suite 430
                                         Tyler, Texas 75701
                                         Telephone: (903) 705-1117
                                         Facsimile: (903) 581-2543
                                         Email: ddacus@dacusfirm.com

                                         **ARNOLD & PORTER KAYE SCHOLER LLP**
                                         Daniel L. Reisner **
                                         250 West 55th Street
                                         New York, New York, 10019-9710
                                         Telephone: (212) 836-8000
                                         Email: daniel.reisner@arnoldporter.com

                                         **ARNOLD & PORTER KAYE SCHOLER LLP**
                                         Michael Nguyen **
                                         Joseph B. Palmieri **
                                         3000 El Camino Real
                                         Five Palo Alto Square, Suite 500
                                         Palo Alto, California 94306-3807
                                         Telephone: (650) 319-4500
                                         Email: michael.nguyen@arnoldporter.com
                                         Email: joseph.palmieri@arnoldporter.com

                    *Attorneys for Defendant CHARTER COMMUNICATIONS, INC.*


\* admitted to W.D. Tex.
\*\* admitted *pro hac vice*


*# e-signed with express permission*

**CASE READINESS STATUS REPORT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 11th day of October, 2021 I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ James F. McDonough, III*
James F. McDonough, III